THE STATE *v.* CARPENTER.

APPEAL from the *Steuben* Common Pleas.

*Per Curiam.*—The same questions are presented in this as in a case between the same parties at this term, and the same judgment will be entered.

The judgment is reversed.

*Oscar B. Hord,* Attorney General, and *J. W. Cummings,* District Attorney, for the State.

*J. A. Woodhull,* for the appellee.